IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CFT PACKAGING USA, INC.

   Plaintiff,

v.

NUDE BEVERAGES, INC,

   Defendant.

## COMPLAINT

   This is an action to recover damages in excess of $600,000.00 in connection with the sales of an industrial canning machine to the Defendant, who tried to cancel the order for the machine after it already had been custom-built for the Defendant.

### PARTIES

   1. CFT Packaging, USA, Inc. ("CFT Packaging") is a Delaware corporation in good standing which is registered to do business as a foreign corporation in the State of Illinois and maintains a place of business at 1033 Butterfield Rd., Vernon Hills, IL 60061. CFT Packaging is a subsidiary of CFT S.p.A., an Italian corporation in good standing located in Parma, Italy.

   2. Nude Beverages, Inc. is a Colorado corporation in good standing with a principal place of business located at 4485 Pearl East Circle, Suite 101, Boulder, CO 80301. Nude Beverages also maintains an office at 1672 W. 2nd Ave., Vancouver, BC V6j 1H4, Canada.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the Plaintiff and Defendant are citizens of different states and the amount in controversy is more than $75,000.

4. The Court has personal jurisdiction of the Plaintiff and Defendant under the due process clause of the 14th Amendment to the U.S. Constitution and § 13-1-124, C.R.S. because the Defendant resides within the District of Colorado.

5. Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims stated herein occurred, and the Defendant resides, within the District of Colorado.

## GENERAL ALLEGATIONS

6. On or about August 20, 2020, Nude Beverages, as the "Buyer," accepted a revised proposed contract (the "Contract," attached hereto as Exhibit A) by CFT Packaging, as the "Seller," to purchase an industrial-grade canning and filling machine, a Master C-Tech 50/6 Canning Monoblock for 600 CPM equipment (the "Machine"). The Machine was to be shipped to Ninkasi Brewing in Eugene, Oregon. The Contract included specifications for the Machine and quoted a purchase price of $978,230, excluding shipping, taxes and other expenses.

7. Nude Beverages signed the Contract on August 21, 2020. CFT Packaging countersigned the Contract on or about August 24, 2020.

8. The Machine was to be custom-built at the CFT S.p.A. plant in Italy and shipped at the expense of Nude Beverages to Nankasi Brewing in Eugene, Oregon.

9. The Contract provided that Nude Beverages would pay 35 percent of the purchase price at the time of confirmation of the purchase order, 55 percent upon presentation of shipping documents, and 10 percent upon delivery of the Machine and its installation and start-up, or within

60 days of delivery, whichever occurred first.  Any amounts that were not paid within 30 days of invoice would accrue interest at the rate of 18 percent per annum.

10. The Contract provided that it was binding upon Buyer and Seller once Nude Beverages had paid "any portion of the purchase price."  CFT Packaging held a security interest in the Machine until such time as all amounts due under the Contract were paid.

11. On or about August 20, 2020, CFT Packaging invoiced Nude Beverages for the purchase price of $978,230, and indicated that the initial 35 percent, or $342,380.50, was due "with Confirmation of Order."  On or about August 24-25, 2020, Nude Beverages made the initial $342,380.50 payment to CFT Packaging.

12. In reliance upon its receipt of the initial payment, CFT Packaging custom-built the Machine.

13. In February 2021, after the Machine was built and ready for delivery, Nude Beverages asked CFT Packaging to delay shipment.  CFT Packaging agreed to delay shipping the Machine and to hold it in storage, without penalty, for several more weeks.

14. On May 7, 2021, Nude Beverages informed CFT Packaging that it wished to further delay or cancel the Contract.  CFT Packaging responded that it would not delay or cancel the Contract, and sent Nude Beverages an invoice for the next payment due, for 55 percent of the Contract price, in the amount of $538,026.50.

15. Nude Beverages failed to make any further payments to CFT Packaging.  The Machine remains in storage at the CFT Packaging manufacturing plant in Parma, Italy.

16. The principal balance owed by Nude Beverages under the terms of the Contract is $638,799.50, excluding shipping, taxes, other expenses and 18 percent interest.

17. Because the Machine was custom-built to the unique specifications required by Nude Beverages, CFT Packaging has been unable to find an alternative buyer.

18. The Contract provided that CFT Packaging was entitled to recover its costs, including reasonable attorney fees, to enforce the Contract in the event of a default by Nude Beverages.

## FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

19. CFT Packaging realleges and incorporates the allegations set forth in Paragraphs 1 through 18 of the Complaint as if fully set forth herein.

20. Nude Beverages entered into a valid and enforceable Contract with CFT Packaging to purchase the Machine for $978,230, and to ship the Machine to Ninkasi Brewing in Eugene, Oregon.

21. The Contract provided that Nude Beverages would pay 35 percent of the purchase price at the time of confirmation of the purchase order, 55 percent upon presentation of shipping documents, and 10 percent upon delivery of the Machine and its installation and start-up, or within 60 days of delivery, whichever occurred first.

22. Nude Beverages confirmed the purchase order by paying the initial 35 percent due under the Contract, in the amount of $342,380.50.

23. CFT Packaging performed its obligations under the Contract by custom-building the Machine to the specifications required by Nude Beverages. CFT Packaging stood ready to ship the Machine to Ninkasi Brewing as soon as Nude Beverages paid the next installment due under the Contract of 55 percent of the purchase price.

24. CFT Packaging invoiced Nude Beverages for the next 55 percent installment payment due under the Contract, in the amount of $538,026.50. The total remaining balance due, excluding shipping, taxes and other expenses, was $638,799.50.

25. Nude Beverages failed to make any further payments to CFT Packaging on the balance due under the Contract.

26. Nude Beverages breached the Contract.

27. The breach of Contract by Nude Beverages has caused resulting harm to CFT Packaging, in such amounts as may be proven at trial.

## SECOND CLAIM FOR RELIEF: PROMISSORY ESTOPPEL

28. CFT Packaging realleges and incorporates the allegations set forth in Paragraphs 1 through 27 of the Complaint as if fully set forth herein.

29. Nude Beverages promised to purchase the Machine from CFT Packaging for $978,230. Nude Beverages made an initial payment to CFT Packaging of 35 percent of the purchase price, $342,380.50.

30. CFT Packaging reasonably relied upon the promise of Nude Beverages to pay the entire purchase price $978,230, to custom-build the Machine to the specifications required by Nude Beverages. Nude Beverages expected or should have expected CFT Packaging to rely upon its promise to pay in full to induce CFT Packaging to custom-build the Machine.

31. Nude Beverages has not paid the full purchase price for the Machine, excluding shipping, taxes and other expenses, in the amount of $638,799.50.

32. The promise by Nude Beverage to buy the Machine for $978,230 must be enforced to prevent injustice.

## PRAYER FOR RELIEF

Wherefore, CFT Packaging USA, Inc., having stated its Complaint, requests the following:

A. Damages for breach of contract;

B. Payment of the remaining balance due of $638,799.50, plus shipping, taxes, interest, and other expenses, which Nude Beverages promised to pay CFT Packaging;

C.  Attorney fees, costs and pre-judgment interest and post-judgment interest, as allowed by law; and

D.  Such other and further relief as the Court may deem appropriate under the circumstances.

**JURY DEMAND**

CFT Packaging hereby demands a trial by jury on all issues so triable.

Dated: October 14, 2021

CLARK HILL, PLC

s/ Claire Wells Hanson
_____
Claire Wells Hanson, #47072
David B. Bush, #28988
730 17th Street, Suite 420
Denver, CO 80202
T: (303) 674.7000
F: (303) 382.4685

ATTORNEYS FOR CFT PACKAGING USA, INC.